441 A.2d 774

Commonwealth v. Gilliam, Appellant.

564

Submitted December 5, 1980. J. Hugh O'Donnell, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WIEAND and SHERTZ, JJ.

Judgment of sentence affirmed.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.